ACCEPTED
15-24-00120-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/20/2025 11:27 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00120-CV**

# In the Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/20/2025 11:27:37 AM
CHRISTOPHER A. PRINE
Clerk

**STATE OF TEXAS,**

*Appellant,*

*v.*

**HARRIS COUNTY, TEXAS, ET AL.,**

*Appellees.*

On Appeal from the 165th District Court, Harris County, Texas
Cause No. 2024-63919, Hon. Ursula Hall, Presiding Judge

## JOINT MOTION TO ABATE APPEAL

Ken Paxton
Brent Webster
Aaron L. Nielson
Benjamin W. Mendelson
State Bar No. 24106297
Ben.Mendelson@oag.texas.gov
**OFFICE OF THE
ATTORNEY GENERAL**
P.O. Box 12548 (MC 059)
Austin, Texas 78711
Phone: (512) 936-1700

*Counsel for Appellant*

Grant B. Martinez
State Bar No. 24104118
gmartinez@yettercoleman.com
Justin P. Tschoepe
Lily E. Hann
**YETTER COLEMAN LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: (713) 632-8000

*Counsel for Appellees*

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

The parties jointly request that the Court abate this appeal for 30 days. The parties are currently discussing options to resolve this case and *State v. Harris County*, No. 15-24-00061-CV in light of the Harris County Commissioners Court's recent vote of which the Court is aware.

After the Commissioners Court voted, the parties spoke and agreed on next steps to potentially resolve these cases. The next day, the Court requested supplemental briefing as to whether these cases are moot. The parties believe that they may be able to resolve these cases without burdening the Court with additional briefing.

If the parties cannot reach an agreement within 30 days, they will be prepared to submit supplemental briefs on mootness within fourteen days of the cases' reinstatement.

## Conclusion and Prayer

For these reasons, the parties respectfully and jointly request that the Court (a) abate this appeal for 30 days; and (b) set the deadline for supplemental briefs at fourteen days after reinstatement should such briefing be necessary.

Dated: June 20, 2025

Respectfully submitted,

/s/ Benjamin W. Mendelson

Ken Paxton
Brent Webster
Aaron Nielson
Benjamin Mendelson
State Bar No. 24106297
Ben.Mendelson@oag.texas.gov
**OFFICE OF THE**
**ATTORNEY GENERAL**
P.O. Box 12548 (MC 059)
Austin, Texas 78711
Phone: (512) 936-1700

*Attorneys for Appellant*

/s/ Grant B. Martinez

Grant B. Martinez
State Bar No. 24104118
gmartinez@yettercoleman.com
Justin P. Tschoepe
State Bar 24079480
jtschoepe@yettercoleman.com
Lily E. Hann
State Bar No. 24133836
lhann@yettercoleman.com
**YETTER COLEMAN LLP**
811 Main Street, Suite 4100
Houston, Texas 77002
Phone: (713) 632-8000

Christian D. Menefee
Harris County Attorney
Tiffany S. Bingham
Managing Counsel
Affirmative & Special Litigation Division
State Bar No. 24012287
Tiffany.Bingham@harriscountytx.gov
Edward D. Swidriski III
Assistant Harris County Attorney
State Bar No. 24083929
Edward.Swidriski@harriscountytx.gov
**OFFICE OF THE HARRIS COUNTY**
**ATTORNEY**
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Phone: (713) 274-5101

*Attorneys for Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record in this case, identified below, on June 20, 2025, electronically through the electronic filing manager in compliance with the Texas Rules of Appellate Procedure:

Ken Paxton
Brent Webster
Aaron Nielson
Benjamin Mendelson
**OFFICE OF THE ATTORNEY GENERAL**
P.O. Box 12548 (MC 059)
Austin, Texas 78711
Phone: (512) 936-1700


*Counsel for Appellant*

/s/ *Grant B. Martinez*
Grant B. Martinez

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Prince on behalf of Grant Martinez
Bar No. 24104118
lprince@yettercoleman.com
Envelope ID: 102237914
Filing Code Description: Motion
Filing Description: Joint Motion to Abate Appeal
Status as of 6/20/2025 11:49 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Delonda Dean | | ddean@yettercoleman.com | 6/20/2025 11:27:37 AM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 6/20/2025 11:27:37 AM | SENT |
| Christopher Garza | 24078543 | christopher.garza@harriscountytx.gov | 6/20/2025 11:27:37 AM | SENT |
| Edward Swidriski | 24083929 | Edward.Swidriski@harriscountytx.gov | 6/20/2025 11:27:37 AM | SENT |
| Jonathan Fombonne | 24102702 | jonathan.fombonne@harriscountytx.gov | 6/20/2025 11:27:37 AM | SENT |
| Eleanor Matheson | 24131490 | Eleanor.matheson@harriscountytx.gov | 6/20/2025 11:27:37 AM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 6/20/2025 11:27:37 AM | SENT |
| Christian Menefee | 24088049 | christian.menefee@harriscountytx.gov | 6/20/2025 11:27:37 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 6/20/2025 11:27:37 AM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 6/20/2025 11:27:37 AM | SENT |
| Ryan Cooper | 24123649 | Ryan.Cooper@harriscountytx.gov | 6/20/2025 11:27:37 AM | SENT |
| Athena Leyton | | athena.leyton@oag.texas.gov | 6/20/2025 11:27:37 AM | SENT |
| Ben Mendelson | | Ben.Mendelson@oag.texas.gov | 6/20/2025 11:27:37 AM | SENT |
| Grant Martinez | | gmartinez@yettercoleman.com | 6/20/2025 11:27:37 AM | SENT |
| Lily Hann | | lhann@yettercoleman.com | 6/20/2025 11:27:37 AM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 6/20/2025 11:27:37 AM | SENT |
| Andrea Mintzer | | Andrea.Mintzer@harriscountytx.gov | 6/20/2025 11:27:37 AM | SENT |
| Lisa Prince | | lprince@yettercoleman.com | 6/20/2025 11:27:37 AM | SENT |